FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 2905 L

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| JORGE PINEDA-PORTUNIO, | |
| Defendant. | |

The United States Attorney charges:

On or about September 20, 2007, within the Southern District of California, defendant JORGE PINEDA-PORTUNIO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//

DDL:rp:San Diego
10/03/2007

1  It is further alleged that defendant JORGE PINEDA-PORTUNIO was
2  removed from the United States subsequent to January 5, 2006.
3  DATED: _____10/15/07_____.

KAREN P. HEWITT
United States Attorney

/s/ David Leshner

DAVID D. LESHNER
Assistant U.S. Attorney