

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JORGE PINEDA-PORTUNIO | CASE NUMBER: 07CR2905-L |

I, JORGE PINEDA-PORTUNIO, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X JORGE PINEDA
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
OCT 1 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY